**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1098**

MADHU VERMA,

    Plaintiff - Appellant,

  v.

DANIEL A. STAEVEN,

    Defendant - Appellee,

  and

REBECCA ANNE HERR,

    Trustee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Senior District Judge.  (8:22-cv-01130-DKC)

Submitted:  November 21, 2023      Decided:  November 27, 2023

Before WILKINSON and NIEMEYER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Madhu Verma, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Madhu Verma appeals the district court's order affirming the bankruptcy court's order granting Daniel A. Staeven's motion for entry of judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Verma v. Staeven*, No. 8:22-cv-01130-DKC (D. Md. Dec. 22, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*